# GREENBAUM OLBRANTZ LLP

Casey J. Olbrantz
244 Fifth Avenue, Suite C221
New York, NY 10001
casey@greenbaumolbrantz.com

March 4, 2026

Via ECF

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_3/5/2026_____

Hon. Valerie E. Caproni
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., New York, NY 10007-1312

**Re:     *Tamakuwala v. Panwala*, 1:25-cv-10209-VEC (S.D.N.Y.)**

Dear Judge Caproni,

We write jointly on behalf of both parties in the above-captioned matter to request a short stay of this action, or, alternatively, for a short extension of the so-ordered discovery schedule.

As noted in the Complaint, the parties to this action are involved in multiple ongoing proceedings in New Jersey (ECF 1 ¶ 12) , including *Matter Of The Restated Hina Tamakuwala 2006 Family Trust*, Case No. P-449-25 (N.J. Sup. Ct. Bergen Cty.) and *Matter Of The Estate Of Hina Tamakuwala*, Case No. P-447-25 (N.J. Sup. Ct. Bergen Cty.) (collectively, the "New Jersey Proceedings"). The parties to the New Jersey Proceedings recently agreed to conduct two in-person joint mediations, which are scheduled to take place on March 17, 2026 and March 27, 2026 before the Honorable Harry G. Carroll, J.A.D. (Ret.).

On February 27, 2026, the parties to this action, who are parties to the New Jersey Proceedings, agreed to include this matter in the upcoming mediation in an effort to reach a global settlement of all disputes. Given the relatively early procedural posture of this action, the parties have also agreed to provide certain expedited discovery to one another in connection with the mediation to enable the preparation of robust mediation statements and comparatively informed and productive settlement discussions.

The parties believe that a short stay of this action is appropriate to enable them to focus their efforts on the mediation process and the potential achievement of a settlement. A stay (or a commensurate extension of the case schedule), is particularly necessary because—before the prospect of a mediation arose—the parties had agreed to a highly expedited fact discovery period of only 75 days, which is currently scheduled to close on May 1, 2026. ECF 15. In the absence of such relief, the parties would likely need to complete all written and document discovery, production, and document review (and resolve any discovery disputes) simultaneously with all mediation discovery, preparation of mediation statements, and participation in two in-person mediation sessions, and the parties' extensive discovery work would be rendered irrelevant in the event that a settlement is achieved.

Accordingly, the parties jointly request that this action be stayed until March 30, 2026, which is three days after their second scheduled mediation date, and propose that they submit a joint status letter on that date, or alternatively submit a joint letter at an earlier date upon the achievement of a settlement in principle. In the alternative to a stay, the parties jointly request a 30-day extension of all deadlines in the so-ordered case schedule (ECF 15), which would have the same practical effect in enabling the parties to focus on a productive mediation, and which would still keep the total time to complete discovery well under the Court's default maximum time of 120 days to complete all fact discovery. The parties have not previously requested any extensions to the case schedule.

We thank the Court for its attention to this matter.

Respectfully submitted,

_/s/ Casey J. Olbrantz_                           _/s/ Vipin Varghese_
Casey J. Olbrantz                                 Vipin Varghese

_Counsel for Plaintiff_                           _Counsel for Defendant_

A joint status update is due **no later than March 30, 2026**.  The fact discovery deadline is now **June 1, 2026**, and the expert discovery deadline is now **July 15, 2026**.  The pretrial conference currently scheduled for May 8, 2026, is adjourned to **June 12, 2026, at 10:00 a.m.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

SO ORDERED.                          3/5/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE